IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DORSEY TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | 8:04cv161 |
| | ) | |
| vs. | ) | AMENDED PROGRESSION ORDER |
| | ) | (Habeas Corpus) |
| HAROLD W. CLARKE, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no. 16, the Motion for Continuance filed by the petitioner, Dorsey Taylor, a prisoner. The petitioner requires a modification of the briefing schedule ordered in filing no. 15, the Progression Order issued on April 17, 2006. The continuance is granted, and the schedule for submission of briefs and other materials in this case is modified as follows:

As previously ordered in filing no. 15, the respondent shall, by May 31, 2006, file and serve on the petitioner a separate Index of Evidence containing copies of all state court decisions in the Nebraska Court of Appeals and Nebraska Supreme Court relating to the petitioner's direct appeal and postconviction proceedings (including any Order(s) of summary affirmance or Order(s) denying further review).

Then each party shall file a brief on the issues discussed in filing no. 15 as well as and any other matters that party may wish to address. That brief shall be filed on June 30, 2006, instead of May 31, 2006. Thereafter, by July 28, 2006, each party shall file a brief in response to the other party's brief. Unless the court orders an evidentiary hearing, expansion of the record, or additional briefs, this matter will be deemed submitted at the close of this briefing schedule on the basis of the pleadings, the state court records and the

briefs.

    SO ORDERED.

    May 11, 2006.                BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge